Case 1:11-cv-00667-BNB-KLM   Document 8   Filed 03/17/11   USDC Colorado   Page 1 of 2



**GRANTED**

Movant shall serve copies of this ORDER on any pro se parties, pursuant to CRCP 5, and file a certificate of service with the Court within 10 days.
**Dated: Sep 21, 2010**

*Herbert L. Stern*

**Herbert L. Stern, III**
**District Court Judge**

EFILED Document
DATE OF ORDER INDICATED ON ATTACHMENT
CO Denver County District Court 2nd JD
Filing Date: Sep 21 2010 12:41PM MDT
Filing ID: 33357919
Review Clerk: Kari S Elizalde

| | |
|---|---|
| DISTRICT COURT, CITY AND COUNTY OF DENVER, COLORADO | |
| Court Address: 1437 Bannock Street<br>Denver, CO 80202<br>720-865-8481 | |
| **Plaintiffs-:** SHIRLEY A. CERONI | |
| **Defendants-:** GRIFFIN DOCK & DOOR SERVICES, INC. and 4FRONT ENGINEERED SOLUTIONS, INC. and KELLEY | ▲ **COURT USE ONLY** ▲<br>Case Number: 10CV4738<br>Ctrm: |

**ORDER RE: UNOPPOSED MOTION FOR LEAVE TO FILE DEFENDANTS 4FRONT ENGINEERED SOLUTIONS, INC. AND its d/b/a KELLEY'S AMENDED DESIGNATION OF NON-PARTIES**

    **THIS MATTER**, having come to be heard upon the Unopposed Motion for Leave to File Defendants 4Front Engineered Solutions, Inc. and its d/b/a Kelley's Amended Designation of Non Parties, the Court having reviewed same and being fully advised in the premises;

    **IT IS HEREBY ORDERED** that the Unopposed Motion for Leave to file is GRANTED and Defendants 4Front Engineered Solutions, Inc. and its d/b/a Kelley's Amended Designation of Non Parties is accepted for filing as of the date of this Order.

    **DATED** this _____ day of _____, 2010.

                               **BY THE COURT:**

                               _____
                               District Court Judge

This document constitutes a ruling of the court and should be treated as such.

|  |  |
|---:|:---|
| **Court:** | CO Denver County District Court 2nd JD |
| **Judge:** | Herbert L Stern |
| **File & Serve Transaction ID:** | 33232580 |
| **Current Date:** | Sep 21, 2010 |
| **Case Number:** | 2010CV4738 |
| **Case Name:** | CERONI, SHIRLEY A vs. GRIFFIN DOCK & DOOR SERV INC et al |
| **Court Authorizer:** | Herbert L Stern |

**/s/ Judge Herbert L Stern**