**GRANTED**

Movant shall serve copies of this ORDER on any pro se parties, pursuant to CRCP 5, and file a certificate of service with the Court within 10 days.

**Dated: Oct 25, 2010**

*Herbert L. Stern* (signature)

**Herbert L. Stern, III**
**District Court Judge**

DATE OF ORDER INDICATED ON ATTACHMENT

EFILED Document
CO Denver County District Court 2nd JD
Filing Date: Oct 25 2010 2:24PM MDT
Filing ID: 33995793
Review Clerk: Kari S Elizalde

| | |
|---|---|
| DISTRICT COURT, DENVER COUNTY<br>STATE OF COLORADO<br><br>Denver District Court<br>1437 Bannock St.<br>Denver, CO  80202 | |
| Plaintiff(s):<br>**SHIRLEY A. CERONI**<br>v.<br><br>Defendant(s):<br>**GRIFFIN DOCK & DOOR SERVICES, INC. and 4FRONT ENGINEERED SOLUTIONS, INC. and KELLEY** | ▲ Court Use Only ▲ |
| *Attorneys for Plaintiff*:<br>Marc F. Bendinelli (#28425)<br>Rebecca B. Albano (#38044)<br>BENDINELLI LAW OFFICE, PC<br>9035 Wadsworth Pkwy., Suite 4000<br>Westminster, CO 80021<br>Phone Number:  303.940.9900<br>Fax Number:    303.940.9933 | Case No.: **10CV4738**<br><br>Div:       **2**<br><br>Ctrm: |
| **PROPOSED ORDER RE: UNOPPOSED MOTION TO EXTEND DEADLINE FOR DESIGNATION OF NON-PARTIES AND REQUEST TO HOLD RELATED ORDERS AND MOTIONS IN ABEYANCE** | |

The Court, being fully advised of the issues and having reviewed the forgoing Unopposed Motion to Extend Deadline for Designation of Non-Parties and Request to Hold Related Orders and Motions in Abeyance, hereby enters its Order and GRANTS the unopposed Motion.

Defendants 4Front Engineered Solutions, Inc. and Kelley have up to and including November 15, 2010 to designate non-parties in this case.  Orders and related motions deadlines shall be held in abeyance up to and including November 22, 2010.

DONE and DATED this _____ day of _____ 2010.

DENVER COUNTY DISTRICT COURT

_____
District Court Judge

2