| | |
|---|---|
| DISTRICT COURT, DENVER, COLORADO<br>1437 Bannock St<br>Denver, CO 80202 | **EFILED Document**<br>**CO Denver County District Court 2nd JD**<br>**Filing Date: Dec 7 2010 11:28AM MST**<br>**Filing ID: 34717815**<br>**Review Clerk: Kari S Elizalde** |
| Plaintiff: SHIRLEY A. CERONI | |
| v. | σ COURT USE ONLY σ |
| Defendant: GRIFFIN DOCK & DOOR SERVICES, INC.; 4FRONT ENGINEERED SOLUTIONS, INC. and KELLEY | Case Number: 10CV4738<br><br>Courtroom: 2 |
| **COURT'S ORDER RE: PLAINTIFF'S MOTION TO STRIKE** | |

This matter is before the Court pursuant to Plaintiff's Motion to Strike Defendant 4Front Engineered Solutions, Inc.'s (d/b/a Kelley) Designation of Non-Parties Filed September 27, 2010. The Court, having reviewed the pleadings, the file, and applicable authorities, hereby Finds and Orders as follows:

1. Plaintiff alleges she was injured when a dock leveler failed as she drove over the dock leveler with a fork lift. On September 10, 2010, 4Front Engineered Solutions, Inc. ("4Front") designated Summit Equipment and Minor Fleet as non-parties stating they may have sold, installed, and/or maintained the equipment at issue. Plaintiff seeks an order striking such designation, arguing Defendant 4Front has provided no evidence demonstrating either party was negligent.

2. Given the status of discovery, it is premature to strike 4Front's non-party designations.

3. Accordingly, Plaintiff's Motion to Strike Non-Party Designations is DENIED, without prejudice.

Done this 7th day of December, 2010.

By the Court:

Herbert L. Stern III
District Court Judge

cc: Counsel of Record