| | |
|---|---|
| DISTRICT COURT, DENVER, COLORADO<br>1437 Bannock<br>Denver, CO 80202 | **EFILED Document**<br>**CO Denver County District Court 2nd JD**<br>**Filing Date: Jan 6 2011 12:10PM MST**<br>**Filing ID: 35230280**<br>**Review Clerk: Kari S Elizalde** |
| Plaintiff(s): SHIRLEY A. CERONI | σ COURT USE ONLY σ |
| Defendant(s): GRIFFIN DOCK & DORR SERVICES, INC. and 4FRONT ENGINEERED SOLUTIONS, INC. and KELLEY | Case Number(s): 10CV4738<br>Courtroom: 269 |

**COURT'S ORDER RE: MOTION TO RECONSIDER**

This matter is before the Court pursuant to Defendant Griffin Dock & Door Services, Inc.'s ("Griffin") Motion for Reconsideration filed November 18, 2010.

The Court having reviewed the Motion, Response and Reply and being fully advised Finds and Orders as follows:

1. Defendant Griffin's Motion for Reconsideration is GRANTED.

2. Defendant Griffin's Request to file a Reply to Plaintiff's Supplemental Response is GRANTED. Defendant Griffin shall file a Supplemental Reply by January 14, 2011 and the Court will rule on Griffin's Motion for Summary Judgment in due course.

DATED this 6th day of January 2011.

BY THE COURT:

Herbert L. Stern, III
District Court Judge

CC: Counsel of Record by e-filing