**GRANTED**

Movant shall serve copies of this ORDER on any pro se parties, pursuant to CRCP 5, and file a certificate of service with the Court within 10 days.

*Dated: Jan 26, 2011*

*Ann B. Frick*
Ann B. Frick
District Court Judge
DATE OF ORDER INDICATED ON ATTACHMENT

**EFILED Document**
**CO Denver County District Court 2nd JD**
**Filing Date: Jan 26 2011 11:15AM MST**
**Filing ID: 35591070**
**Review Clerk: Ashley Landis**

| | |
|---|---|
| **DISTRICT COURT, CITY AND COUNTY OF DENVER, COLORADO** | |
| Court Address: 1437 Bannock Street, Denver, CO 80202, 720-865-8481 | |
| **Plaintiffs-:** SHIRLEY A. CERONI | |
| **Defendants-:** GRIFFIN DOCK & DOOR SERVICES, INC. and 4FRONT ENGINEERED SOLUTIONS, INC. and KELLEY | ▲ **COURT USE ONLY** ▲<br>Case Number: 10CV4738<br>Ctrm: |
| **ORDER RE: VERIFIED MOTION FOR ADMISION *PRO HAC VICE*** | |

**THIS MATTER**, having come to be heard upon Verified Motion for Admission *Pro Hac Vice*, the Court having reviewed same and being fully advised in the premises;

**IT IS HEREBY ORDERED** that the Verified Motion for Admission *Pro Hac Vice* is GRANTED and Daniel J. LaFave will be allowed to appear *Pro Hac Vice* on behalf of 4Front Engineered Solutions, Inc. in the above referenced matter.

**DATED** this _____ day of _____, 2011.

**BY THE COURT:**

_____
District Court Judge