GRANTED
WITH
AMENDMENTS

Movant shall serve copies of this ORDER on any pro se parties, pursuant to CRCP 5, and file a certificate of service with the Court within 10 days.

*Ann B. Frick*

**Ann B. Frick**
**District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

**Dated: Mar 03, 2011**

**EFILED Document**
**CO Denver County District Court 2nd JD**
**Filing Date: Mar 3 2011 4:09PM MST**
**Filing ID: 36268957**
**Review Clerk: Ashley Landis**

| DISTRICT COURT, DENVER COUNTY STATE OF COLORADO Denver District Court 1437 Bannock St. Denver, CO 80202 | |
|---|---|
| Plaintiff(s): **SHIRLEY A. CERONI** v. Defendant(s): **GRIFFIN DOCK & DOOR SERVICES, INC. and 4FRONT ENGINEERED SOLUTIONS, INC. and KELLEY** | |
| | Case No.: 2010CV4738 Div: Ctrm: |
| **PROPOSED ORDER RE: PLAINTIFF'S MOTION TO ENLARGE TIME TO FILE MOTIONS FOR SUMMARY JUDGMENT** | |

The Court, being fully advised of the issues and having reviewed the forgoing PLAINTIFF'S MOTION TO ENLARGE TIME TO FILE MOTIONS FOR SUMMARY JUDGMENT, hereby enters its Order and GRANTS Plaintiff's request.

The Court hereby ORDERS that the period of time in which to file any Motions for Summary Judgment is hereby enlarged to the date ten (10) days past the completion of all deposition testimony in this case.

DONE and DATED this _____ day of _____ 2011.

DENVER COUNTY DISTRICT COURT

_____
District Court Judge

This document constitutes a ruling of the court and should be treated as such.

| | |
|---|---|
| **Court:** | CO Denver County District Court 2nd JD |
| **Judge:** | Ann B Frick |
| **File & Serve Transaction ID:** | 35784521 |
| **Current Date:** | Mar 03, 2011 |
| **Case Number:** | 2010CV4738 |
| **Case Name:** | CERONI, SHIRLEY A vs. GRIFFIN DOCK & DOOR SERV INC et al |
| **Court Authorizer:** | Ann B Frick |

**Court Authorizer Comments:**

Plaintiff's Motion to Enlarge Time to File Motions for Summary Judgment is GRANTED with AMENDMENTS. The parties shall have ten (10) days past the completion of all depositions to file Motions for Summary Judgment. As the discovery deadline was extended to April 11, 2011, at the Status Conference held on February 24, 2011, the parties shall have until April 21, 2011 to file motions for summary judgment. The Court reserves the right to alter this timeline upon reaching a decision on the pending motion for summary judgment, or at the Status Conference scheduled for April 15, 2011.

**/s/ Judge Ann B Frick**