IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00667-CMA-BNB

SHIRLEY A. CERONI,

    Plaintiff,

v.

4FRONT ENGINEERED SOLUTIONS, INC.,

    Defendant.

---

## ORDER ON UNITED STATES POSTAL SERVICE'S
## MOTION TO REVISE THE COURT'S JUNE 3, 2011, ORDER

---

This matter is before the Court on the United States Postal Service's Motion to Revise the Court's June 3, 2011, Order. Upon consideration of the motion, the Court finds that it should be GRANTED.

The Court previously ruled that the United States Postal Service ("USPS") had waived its sovereign immunity such that it could not refuse to comply with federal court subpoenas served on its General Counsel. Doc. 32 at 10-13. The Court then applied the "arbitrary and capricious" standard of the Administrative Procedure Act ("APA") in reviewing the USPS's objection to Defendant's discovery requests. Id. at 14-17. After issuing its order, the USPS filed an unopposed motion to revise the decision. The USPS explained that after receiving the decision, it determined that the APA's judicial review provisions, including the waiver of sovereign immunity in 5 U.S.C. § 702, do not apply to the USPS, see 39 U.S.C. § 410(a), but that the USPS has generally waived its sovereign immunity pursuant to the Postal Reorganization Act ("PRA"), 39 U.S.C. §

401(1). The USPS explained that it intended to comply with the discovery requests, but that it sought to correct the law in the Court's order.

The Court has reviewed the motion and the law, and has concluded that the legal principles set forth in the motion to revise are correct that a general waiver of the USPS's sovereign immunity is provided by 39 U.S.C. § 401(1) and that the governing standard of reviewing the USPS's objection is provided by Federal Rule of Civil Procedure 45. Accordingly, the Court finds that the discussion and analysis of the Administrative Procedure Act, as it applies in this case, is not relevant to the determination of the issue, which can be governed by Rule 45 alone. The Court therefore determines that it is appropriate to revise its June 3, 2011, order.

IT IS ORDERED THAT the following language is added to the Court's June 3, 2011, order:

> After the Court issued its decision, the United States Postal Service ("USPS) filed a motion to revise the Court's opinion that correctly explained that the applicable waiver of sovereign immunity is supplied by the Postal Reorganization Act ("PRA"), 39 U.S.C. § 401(1). The USPS has conceded that its sovereign immunity is waived, and that Rule 45 supplies the correct standard of review of its objection to Defendant's request for discovery. Accordingly, the decision is hereby amended, by this Order, to reflect that section 401 of the PRA supplies the waiver of sovereign immunity applicable to the USPS in this case, and that the discussion of the Administrative Procedure Act is unnecessary to the decision. The Court's determination that the motion to compel should be

granted remains in effect and the USPS has agreed to comply with the discovery requests.

DATED: *June 21*, 2011

*[signature]*
United States District Court

**BOYD N. BOLAND**
**United States Magistrate Judge**

3