IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00667-CMA-BNB

SHIRLEY A. CERONI,

Plaintiff,

v.

4FRONT ENGINEERED SOLUTIONS, INC.,

Defendant.
_____

**TRIAL PROCEDURES ORDER**
_____

Trial of this case is set for four days to a jury on **July 16-19, 2012**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Trial days run from 8:30 a.m. to 5:00 p.m. The parties have agreed that the case may be tried to a jury of not less than six jurors and that a jury of eight will be seated initially.

The following procedures supplement the Federal Rules of Civil Procedure and the local rules of this court:

**On or before June 15, 2012,** the parties shall:

• Submit to my chambers proposed jury instructions, verdict forms, and voir dire questions. Prior to that date, the parties shall confer in an attempt to reach agreement on stipulated jury instructions and verdict forms. Stipulated jury instructions and verdict forms shall be so designated. Any jury instructions or verdict forms about which the parties cannot agree shall be submitted as disputed. Objections to any disputed jury instructions and verdict forms shall be submitted on or before **June 23, 2012**.

•  Submit a statement of the case, including a statement of the claims and defenses, that the parties stipulate should be given to the jury at the commencement of the trial.

Proposed jury instructions, verdict forms, and voir dire questions shall be submitted by electronic mail to boland_chambers@cod.uscourts.gov.  Instructions must be submitted to chambers in Word Perfect 12 (or a later version), although they may in the alternative be submitted in Word.  A citation of authority in support of each proposed jury instruction must be contained at the bottom of each instruction submitted.

•  Submit three copies of their final witness lists with an estimate of the time required to complete direct examination.  Witnesses shall be listed in the order they will be called.  Each witness designated as a "will call" witness shall be that party's representation, upon which the opposing party may rely, that the witness will be present and available for testimony at trial.

**On or before July 9, 2012**, the parties shall:

•  Notify my courtroom deputy of the need for any special accommodations required by an attorney, party, or witness; and of the need for technological equipment, including videoconferencing, equipment required for the presentation of evidence using CDRom, and any equipment required for other electronic presentation of evidence.

•  Submit all stipulations, including stipulations as to authenticity and/or admissibility of exhibits.

•  Submit the original exhibits and two copies of the exhibits for use by the court.  The original exhibits and copies thereof shall be properly marked and filed in notebooks.  Plaintiffs' exhibits should be marked with yellow labels.  Defendants' exhibits should be marked

with blue labels. Joint exhibits should be marked with white labels. The civil action number should appear on each exhibit sticker. Exhibits with more than one page shall have each page separately numbered. Dividers with the exhibit designation must be placed between each exhibit for ease of reference.

**General Information:**

• My courtroom deputy is Geneva Mattei. She can be reached at 303-335-2061. Any questions concerning exhibits or courtroom equipment should be directed to her. The proceedings will be tape recorded. Any request for transcripts should be directed to the courtroom deputy. Extraordinary requests, such as for daily copy, should be made at least 30 days in advance of the trial date.

• My secretary is Estee Fraitag. She can be reached at 303-844-6408.

• My staff attorney is Renee Christian. She can be reached at 303-844-6408.

• At trial, all parties and witnesses shall be addressed as "Mr.," "Mrs.," "Ms.," "Dr.," etc. Informal references are not authorized except with my express permission.

**SO ORDERED**.

Dated March 9, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge