IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00667-BNB-KLM

SHIRLEY A. CERONI,

Plaintiff,

v.

4FRONT ENGINEERED SOLUTIONS, INC.,

Defendant.

_____

## ORDER
_____

The parties have filed a **Stipulation and Order for Dismissal** [Doc. # 62, filed 4/25/2012] stating that they "stipulate and agree that the Court may enter an Order . . . dismissing this action, in its entirety, on the merits and with prejudice, and with the parties bearing their own costs."  Accordingly,

IT IS ORDERED pursuant to Fed. R. Civ. P. 41(a)(2) that this case is dismissed with prejudice, each side to bear its own fees and costs.

Dated April 25, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge